CLOSED, HEARING

# U.S. District Court
## District of South Carolina (Greenville)
### CRIMINAL DOCKET FOR CASE #: 6:05-cr-00407-HFF-ALL
### Internal Use Only

Case title: USA v. White
Magistrate judge case number: 7:05-mj-00322-WMC

Date Filed: 04/12/2005

06-PT-335-TFH

Assigned to: Honorable Henry F Floyd

**Defendant**

**James White** (1)
*TERMINATED: 05/27/2005*

represented by **Hervery BO Young**
Federal Public Defender's Office
501 E McBee Avenue
Suite 202
Greenville, SC 29601
864-235-8714
Fax: 864-233-0188
Email: hervery_young@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:472 PASSES COUNTERFEIT
OBLIGATIONS OR SECURITIES
(March 19, 2005)
(1)

**Disposition**

The defendant is committed to the custody of the Bureau of Prisons for a term of Time served. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. The defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer, until he is released from the program by the probation officer. The defendant shall participate ina program of home confinement with electronic monitoring for a period of 2 months. The cost of the program to be paid by the Government. The defendant shall not possess a firearm, destructive device or any other dangerous weapon.

FILED
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment A

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK
BY: [signature]
DEPUTY CLERK

The defendant shall pay a Special
Assessment fee of $100.00 immediately.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:472 possess counterfeit security of United States | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Maxwell Barnes Cauthen, III** US Attorneys Office PO Box 10067 Greenville, SC 29603 864-282-2100 Fax: 864-233-3158 Email: max.cauthen@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2005 | 1 | COMPLAINT as to Mark Anthony Gilliam (1), James Steven White (2). (sjam, ) [7:05-mj-00322-WMC] (Entered: 03/22/2005) |
| 03/22/2005 | | Complaint Warrant Issued as to Mark Anthony Gilliam, James Steven White. (sjam, ) [7:05-mj-00322-WMC] (Entered: 03/22/2005) |
| 03/22/2005 | | Arrest of Mark Anthony Gilliam, James Steven White (sjam, ) [7:05-mj-00322-WMC] (Entered: 03/22/2005) |
| 03/22/2005 | 3 | Complaint Warrant Returned Executed on 3/22/2005 as to James Steven White. (sjam, ) [7:05-mj-00322-WMC] (Entered: 03/22/2005) |
| 03/22/2005 | 4 | Minute Entry for proceedings held before Judge William M Catoe :Initial Appearance as to Mark Anthony Gilliam, James Steven White held on 3/22/2005. Andrew Johnston appointed for Gilliam; Federal Public Defender |

| | | |
|---|---|---|
| | | appointed for White. Bonds set for $25,000.00 unsecured. Special conditions of house arrest and electronic monitoring for Gilliam. (Tape #C05-3 180-633.) (sjam, ) [7:05-mj-00322-WMC] (Entered: 03/22/2005) |
| 03/22/2005 | 6 | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to James Steven White Hervery BO Young for James Steven White appointed. . Signed by Judge William M Catoe on 3/22/2005. (sjam, ) [7:05-mj-00322-WMC] (Entered: 03/22/2005) |
| 03/22/2005 | 9 | Unsecured Bond Entered as to James Steven White in amount of $ 25,000.00, to reside with Mark Anthony Gilliam (sjam, ) [7:05-mj-00322-WMC] (Entered: 03/22/2005) |
| 03/22/2005 | 10 | BOND INFORMATION SHEET as to James Steven White (sjam, ) [7:05-mj-00322-WMC] (Entered: 03/22/2005) |
| 03/22/2005 | | ***Staff Notes mailed bond information sheet to attorneys as to Mark Anthony Gilliam, James Steven White: (sjam, ) [7:05-mj-00322-WMC] (Entered: 03/22/2005) |
| 03/22/2005 | 11 | NOTICE OF HEARING as to Mark Anthony Gilliam, James Steven White Preliminary Examination set for 4/13/2005 02:00 PM in Greenville #1, Clement F Haynsworth Fed Bldg, 300 E Washington St, Greenville before Magistrate Judge Bruce Howe Hendricks. (Note: hearing will be cancelled in the event this case is indicted before April 13, 2005)(sjam, ) [7:05-mj-00322-WMC] (Entered: 03/23/2005) |
| 03/23/2005 | 12 | CJA 23 Financial Affidavit by James Steven White. Defendant to make $25.00 payments to clerk to be applied to attorney fees. (kric, ) [7:05-mj-00322-WMC] (Entered: 03/23/2005) |
| 03/25/2005 | 15 | ORDER (CJA7) directing James Steven White to reimburse the government for attorney's fees in the amount of $25.00 per month . Signed by Judge William M Catoe on 03/25/05. (kric, ) [7:05-mj-00322-WMC] (Entered: 03/25/2005) |
| 04/12/2005 | 16 | NOTICE OF CANCELLATION OF HEARING: Preliminary Examination scheduled for 4/13/05 at 2:00 p.m. as to Mark Anthony Gilliam, James Steven White (kric, ) [7:05-mj-00322-WMC] (Entered: 04/12/2005) |
| 04/12/2005 | 17 | INDICTMENT - Private Entry as to James White. (Attachments: # 1 Ballott) (sjam, ) (Entered: 04/13/2005) |
| 04/12/2005 | 18 | INDICTMENT as to James White (1) count(s) 1. (sjam, ) (Entered: 04/13/2005) |
| 04/12/2005 | 19 | CRIMINAL COVER SHEET as to James White (sjam, ) (Entered: 04/13/2005) |
| 04/12/2005 | 20 | NOTICE OF HEARING as to James White Arraignment set for 4/28/2005 10:00 AM in Greenville #1, Clement F Haynsworth Fed Bldg, 300 E Washington St, Greenville before Magistrate Judge Bruce Howe Hendricks. (sjam, ) (Entered: 04/13/2005) |

| | | |
|---|---|---|
| 04/25/2005 | | Set/Reset Deadlines/Hearings as to James White: Jury Selection set for 6/1/2005 09:30 AM in Spartanburg 2nd Floor, Donald S. Russell Fed Bldg, 201 Magnolia St, Spartanburg before Unassigned - CRI. (fbos, ) (Entered: 04/25/2005) |
| 04/25/2005 | 21 | Case as to James White assigned to Judge Henry F Floyd. (cram) (Entered: 04/25/2005) |
| 04/26/2005 | ●22 | ORDER FOR ISSUANCE OF Bond Revocation WARRANT as to James White . Signed by Judge William M Catoe on 4/26/2005. Warrant Issued (sjam, ) (Entered: 04/26/2005) |
| 04/26/2005 | ● | Bond Revocation Warrant Issued in case as to James White. (sjam, ) (Entered: 04/26/2005) |
| 04/28/2005 | ●23 | Minute Entry for proceedings held before Judge William M Catoe :Arraignment as to James White (1) Count 1 held on 4/28/2005. Defendant present with counsel. Defendant taken into custody on bond revocation warrant. Court Reporter Karen Martin. (kric, ) (Entered: 04/28/2005) |
| 04/28/2005 | ● | Arrest of James White on bond revocation warrant. (kric, ) (Entered: 04/28/2005) |
| 05/03/2005 | ●24 | NOTICE OF HEARING as to James White Change of Plea Hearing set for 5/17/2005 11:00 AM in Spartanburg 2nd Floor, Donald S. Russell Fed Bldg, 201 Magnolia St, Spartanburg before Honorable Henry F Floyd. Pretrial Conference set for 5/17/2005 11:00 AM in Spartanburg 2nd Floor, Donald S. Russell Fed Bldg, 201 Magnolia St, Spartanburg before Honorable Henry F Floyd. (fbos, ) (Entered: 05/03/2005) |
| 05/04/2005 | ●25 | NOTICE OF HEARING as to James White Sentencing set for 5/17/2005 12:00 PM in Spartanburg 2nd Floor, Donald S. Russell Fed Bldg, 201 Magnolia St, Spartanburg before Honorable Henry F Floyd. (fbos, ) (Entered: 05/04/2005) |
| 05/05/2005 | ●26 | ARREST Warrant Returned Executed on 4/28/05 in case as to James White. (fbos, ) (Entered: 05/06/2005) |
| 05/17/2005 | 27 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to James White (Attachments: # 1 Addendum# 2 Sentencing Recommendation)(cstribble, ) (Entered: 05/17/2005) |
| 05/17/2005 | ●28 | Minute Entry for proceedings held before Judge Henry F Floyd :Pretrial Conference as to James White held on 5/17/2005 Court Reporter Jean Cole. (fbos, ) (Entered: 05/20/2005) |
| 05/17/2005 | ●29 | Minute Entry for proceedings held before Judge Henry F Floyd :Change of Plea Hearing as to James White held on 5/17/2005 James White (1) Guilty Count 1. Court Reporter Jean Cole. (fbos, ) (Entered: 05/23/2005) |
| 05/17/2005 | ●30 | Guilty PLEA ENTERED as to James White (fbos, ) (Entered: 05/23/2005) |

| 05/17/2005 | 31 | Minute Entry for proceedings held before Judge Henry F Floyd :Sentencing held on 5/17/2005 as to James White Court Reporter Jean Cole. (fbos, ) (Entered: 05/23/2005) |
|---|---|---|
| 05/27/2005 | 32 | JUDGMENT Sentence Date: 5/17/05 as to James White (1), Count(s) 1, The defendant is committed to the custody of the Bureau of Prisons for a term of Time served. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. The defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer, until he is released from the program by the probation officer. The defendant shall participate in a program of home confinement with electronic monitoring for a period of 2 months. The cost of the program to be paid by the Government. The defendant shall not possess a firearm, destructive device or any other dangerous weapon. The defendant shall pay a Special Assessment fee of $100.00 immediately. . Signed by Judge Henry F Floyd on 5/17/05. (fbos, ) (Entered: 05/27/2005) |
| 05/27/2005 | 33 | STATEMENT OF REASONS (Sealed) as to James White (fbos, ) (Entered: 05/27/2005) |
| 11/08/2005 | 34 | ORDER granting Probation Officer recommendation as to James White . Signed by Judge Henry F Floyd on 11/8/05. (fbos, ) (Entered: 11/08/2005) |
| 01/27/2006 | 35 | ORDER Setting Conditions of Release; The defendant shall participate in an inpatient substance abuse program for no more than 180 days. . Signed by Judge Henry F Floyd on 1/26/06.(fbos, ) (Entered: 01/27/2006) |
| 03/08/2006 | 36 | Probation Jurisdiction Transferred to District of Columbia as to James White Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (sjam, ) (Entered: 03/08/2006) |
| 03/08/2006 | | ***Staff Notes called District of Columbia, they do not accept efiling transfer probation cases yet. Requested we mail them as to James White: (sjam, ) (Entered: 03/08/2006) |