ORIGINAL

APR 1 2 2005

LARRY W. PROPES, CLERK
U.S. DISTRICT COURT

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| UNITED STATES OF AMERICA | ) | CR. NO.: 6:05-407 |
| | ) | 18 U.S.C. § 472 |
| vs. | ) | |
| | ) | |
| JAMES WHITE | ) | 06-PT-335-TFH |
| | ) | |

06-PT-335-TFH

INDICTMENT

THE GRAND JURY CHARGES:

That on or about March 19, 2005, in the District of South Carolina, the defendant, JAMES WHITE, with intent to defraud, knowingly did possess and conceal falsely made, forged and counterfeited obligations of the United States, that is, a quantity of one hundred dollar Federal Reserve Notes, which JAMES WHITE, then knew to be falsely made, forged and counterfeited;

All in violation of Title 18, United States Code, Section 472.

A ___true___ Bill

s/ Foreperson
FOREPERSON

/s/ Jonathan S. Gasser
JONATHAN S. GASSER (mbc)
ACTING UNITED STATES ATTORNEY

FILED

MAR 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment B

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK

BY: _____
DEPUTY CLERK

## Maximum Penalties for 18 USC 472

FINE OF $250,000 (18 USC 3571)
AND/OR IMPRISONMENT FOR 20 YEARS
AND A TERM OF SUPERVISED RELEASE
OF 3 YEARS  (18 USC 3583)
SPECIAL ASSESSMENT $100.00
(18 U.S.C. § 3013)