| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | TRANSFER OF JURISDICTION | 6:05-407-1 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 06-PT-335-TFH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| James White | South Carolina | Greenville |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Henry F. Floyd | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM: May 17, 2005   TO: May 16, 2008 |

| OFFENSE |
|---|
| Uttering Counterfeit Obligations or Securities |

FILED
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF South Carolina

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Columbia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1-30-06
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Columbia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 21, 2006
Effective Date

_____
United States District Judge

(Form Revised in WP60 by D/SC - 9/97)

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK
BY: _____
DEPUTY CLERK