WHITE, James
Docket Number: PT:06-335-TFH
Page 3

**FILED**

APR 24 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

## UNITED STATES DISTRICT COURT
## FOR THE
## THE DISTRICT OF COLUMBIA

U.S.A. vs. <u>**James White**</u>                    Docket No.: **PT:06-335-TFH**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of supervised release with voluntary appearance of **James White** on _to be set before Magistrate Judge 5/7/07 @ 10:00 am M.J. Kay._

### ORDER OF COURT

Considered and ordered this ___18___ day of ___April___, 2007.

_____
Thomas F. Hogan
Chief Judge
United States District Court