UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 06-PT-335-TFH |
| | : | |
| v. | : | |
| | : | |
| JAMES WHITE, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Angela S. George, telephone number (202) 514-7315, and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
ANGELA S. GEORGE
Assistant United States Attorney
Federal Major Crimes Section
DC Bar No. 470-567
555 4th Street, N.W., Room 4444
Washington, D.C. 20530
(202) 514-7315
Angela.George@usdoj.gov