UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 06-PT-335-TFH |
| | : | |
| v. | : | |
| | : | |
| **JAMES WHITE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Vasu B. Muthyala, telephone number (202) 514-7541, and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Vasu B. Muthyala
Assistant United States Attorney
Bar No. 210462 CA
555 4th Street, N.W., Room 5239
Washington, DC 20530
(202) 514-7541
Vasu.Muthyala@usdoj.gov