AO 245 D (Rev. DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

## UNITED STATES DISTRICT COURT
### for the District of Columbia

FILED

APR    2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Case Number   PT 06-335

**JAMES WHITE**

### JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
**(For Offenses Committed On or After November 1, 1987)**

The defendant, JAMES WHITE, was represented by DANI JAHN-FPD

It appearing that the defendant, who was sentenced on MAY 17, 2008 in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 30TH day of APRIL 2008 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

**TIME SERVED ON COUNT-1. FOLLOWED BY ONE(1) YEAR OF SUPERVISED RELEASE ON COUNT-1, WITH THE FIRST 60 DAYS TO BE SERVED IN A COMMUNITY CORRECTIONS CENTER.**

**THE DEFENDANT SHALL BE PERMITTED TO FILE FOR EARLY TERMINATION OF SUPERVISED RELEASE IF DEEMED APPROPRIATE BY THE UNITED STATES PROBATION OFFICE.**

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 30th day of April 2008

_____
CHIEF JUDGE THOMAS F. HOGAN, U S DISTRICT COURT JUDGE

